## NATIONAL IRON BANK v. UNITED STATES FIDELITY AND GUARANTY COMPANY

COTTER, C. J., LOISELLE, BOGDANSKI, PETERS and HEALEY, Js.

Argued November 7—decision released December 18, 1979

*Donald McPartland,* with whom was *Wilder G. Gleason,* for the appellant (defendant).

*Carlo Forzani,* with whom, on the brief, was *Joseph F. Keefe,* for the appellee (plaintiff).

PER CURIAM.   It appearing that the amount in controversy in the present appeal is less than seven thousand five hundred dollars and that pursuant to § 51-197d (1) of the General Statutes the appeal is properly within the jurisdiction of the appellate session under Practice Book, 1978, § 3076, it is ordered that the appeal be transferred to the appellate session for resolution.

The appeal is transferred.